1    Mark V. Asdourian, Esq. (State Bar No. 123688)
     MARK V. ASDOURIAN, PLC
2    450 Newport Center Drive, Suite 200
     Newport Beach, California 92660
3    Telephone: 949.644.5300
     Facsimile: 949.644.5301
4    E-Mail: mark@asdourianlaw.com

5    Attorney for Defendant,
     WMC Mortgage, LLC
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11   VIOLA FRISON,                        )   CASE NO.  09CV1733 LAB NLS
                                          )
12                       Plaintiff,       )   WMC MORTGAGE, LLC'S
                                          )   NOTICE OF AND MOTION TO
13   vs.                                  )   DISMISS OR, ALTERNATELY,
                                          )   FOR A MORE DEFINITIVE
14   WMC Mortgage Corporation; Saxon      )   STATEMENT
     Mortgage Services, Inc. and all other)
15   claimants of whatsoever kind and     )   [F.R.C.P. 12(b)(6), (e)]
     character against real property commonly)
16   described as 440 Ringwood Drive, San )
     Diego, CA 92114; APN 583-703-20; and )
17   DOES 1 through 100, inclusive,       )   DATE: FEBRUARY 16, 2010
                                          )    TIME: 11:15AM
18                       Defendants.      )   PLACE: COURT ROOM 9
                                          )
19   _____

20   BEFORE THE HONORABLE LARRY ALAN BURNS

21   AND TO EACH PARTY AND ATTORNEY OF RECORD:

22         **PLEASE BE ADVISED AND TAKE NOTICE THAT** on February 16, 2010, at

23   11:15AM, or as soon thereafter as counsel may be heard, in Courtroom 9 of the above

24   entitled court located on the second floor of 940 Front Street, San Diego, California, 92101,

25   the Honorable Larry Alan Burns, United States District Judge presiding, Defendant WMC

26   Mortgage, LLC, the successor in interest to and erroneously sued herein as WMC Mortgage

27   Corporation ("WMC") will, and does hereby, move to dismiss the entire Complaint filed

28

by Plaintiff Viola Frison (the "Motion to Dismiss").

The Motion to Dismiss will be made by authority of the Federal Rules of Civil Procedure (F.R.C.P.) as follows:

I.      The first cause of action for violation of the Real Estate Settlement Procedure Act, 12 U.S.C. §2605 [RESPA] fails to state a claim upon which may be granted against WMC [F.R.C.P. 12(b)(6)] and the claim is barred by 12 U.S.C. §2614.

II.     The second cause of action for violation of the Truth In Lending Act, 15 U.S.C. §1601 [TILA] fails to state a claim upon which may be granted against WMC [F.R.C.P. 12(b)(6)] and the claim is barred by 12 U.S.C. §§1635(f) and 1640(e).

III.    The third cause of action for violation of California's Business and Professions Code §17200 fails to state a claim upon which may be granted against WMC.  F.R.C.P. 12(b)(6).

IV.     The fourth cause of action for negligent misrepresentation fails to state a claim upon which may be granted against WMC.  F.R.C.P. 12(b)(6).

V.      The fifth cause of action for fraud fails to state a claim upon which may be granted against WMC.  F.R.C.P. 12(b)(6).

VI.     The sixth cause of action for rescission fails to state a claim upon which may be granted against WMC.  F.R.C.P. 12(b)(6).

VII.    The seventh cause of action for "quasi-contract" fails to state a claim upon which may be granted against WMC. F.R.C.P. 12(b)(6).

VIII.   The eight cause of action for "determination of validity of lien" fails to state a claim upon which may be granted against WMC. F.R.C.P. 12(b)(6).

/ / /

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301

1   The Motion to Dismiss is made by authority of the aforementioned rules of the

2   Federal Rules of Civil Procedure as well as the applicable Local Rules of this Honorable

3   Court.  The Motion to Dismiss will be based upon this notice, WMC's Memorandum of

4   Points and Authorities as well WMC's Request for Judicial Notice contemporaneously

5   filed herewith and upon such argument as may be entertained by this Honorable Court at

6   the hearing.

7       **PLEASE BE ADVISED AND TAKE FURTHER NOTICE THAT** at the same time

8   and place, WMC will alternately move, under Rule 12(e) of the Federal Rules of Civil

9   Procedure , for a more definite statement as to any claims to which the Motion to Dismiss

10  is denied.  The motion for a more definitive statement is made on the ground that the

11  causes of action of the First Amended Complaint are ambiguous and vague such that

12  WMC cannot reasonably prepare a response.

13  DATED: November 12, 2009          Respectfully submitted,

14                                    MARK V. ASDOURIAN, PLC

15

16

17                                    By:/s/  Mark V. Asdourian, Esq.
                                          Mark V. Asdourian, Esq.,
18                                        Attorneys for Defendant,
                                          WMC Mortgage, LLC
19

20

21

22

23

24

25

26

27

28

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

I am employed in the City of Newport Beach, County of Orange, State of California.  I am over the age of 18

4

years and not a party to the within action.  My business address is: Mark V. Asdourian, Attorney & Counselor At Law, A Professional Corporation, 450 Newport Center Drive, Suite 200, Newport Beach, California, 92660.

5

On November 12, 2009, I served a copy of the document(s) named below on the parties interested in this

6

action.

7

DOCUMENT(S) SERVED:   **WMC MORTGAGE, LLC'S NOTICE OF AND MOTION TO DISMISS OR, ALTERNATELY, FOR A MORE DEFINITIVE STATEMENT**

8

**[X]**    By placing [ ] the original [X] a true and correct copy thereof in a sealed envelope addressed as

9

follows:

10

**SEE ATTACHED SERVICE LIST**

11

**[X]**    **BY  MAIL:**   I am "readily familiar" with the firm's practice of collection and processing

12

correspondence for mailing.  Under that practice it would be deposited with the U. S. Postal Service on that same day with First Class postage, thereon fully prepaid at **Newport Beach, California** in the

13

ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit

14

for mailing in affidavit.

15

**[ ]**    **BY EMAIL:** I electronically transmitted the document(s) identified above to the email address(es) of the persons set forth above from my email address of mva-esq@pacbell.net.  To the best of my

16

knowledge, the transmission was successful.

17

**[ ]**    **BY FACSIMILE:** I transmitted a true and correct copy of the above-referenced document from a facsimile machine at Mark V. Asdourian, Attorney & Counselor At Law, A Professional Corporation

18

whose facsimile number is 949.644.5301 to the interested parties in this action at the facsimile number listed above.  The above-described transmission(s) was/were reported as complete, without error,

19

by a **COMMUNICATION JOURNAL** issued by the facsimile machine.

20

**[ ]**    **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21

22

**[X]**    **FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I  am employed in the office of a member of the bar of this court, at whose direction this service was made.

23

Executed on **November 12, 2009,** at Newport Beach, California.

24

25

By:/s/  Mark V. Asdourian, Esq.

26

Mark V. Asdourian

27

28

<div style="writing-mode: vertical">Mark V. Asdourian, Esq.
Attorney & Counselor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301</div>

1

2

## SERVICE LIST

3

Todd C. Atkins, Esq.                                    Attorneys for Plaintiff,
Atkins & Davidson, APC                                  Viola Frison
450 B Street, Suite 1430
San Diego, CA 92101
Tel. 619.255.2380
Fax. 619.231.4725
Email: tatkins@atkinsdavidson.com

L. Quintana, Esq.
Gerald E. Sarte, Esq.
Quintana, McConnin & Sarte, LLP
450 B Street, Suite 1430
San Diego, CA 92101
Tel. 619.231.6655
Fax. 619.243.0080
Email: lbq.qms@gmail.com

Charles C. McKenna, Esq.                                Attorneys for Defendant,
Wright, Finlay & Zak, LLP                               Saxon Mortgage Services, Inc.
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. 949.477.5050
Fax. 949.477.9200
Email: cmckenna@wrightlegal.net

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301